UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO TREVINO, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-179 |
| § | |
| STATE FARM LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER**

The Court now considers the stipulation of dismissal filed jointly by Francisco Trevino and Rosa Trevino ("Plaintiffs") and State Farm Lloyds and Sylvia Garza (collectively "Defendants") announcing to the Court that all matters in controversy have been resolved, and requesting that the case be dismissed with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiffs and Defendants, the only parties in the case, the parties have effectively dismissed the case with prejudice and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of August, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 11.